```
 1 │ JOHN T. KENDALL
   │ Trustee
 2 │ 2411 Santa Clara Avenue, Suite 12
   │ Alameda, CA  94501
 3 │ (510)864-1300
```

**FILED**
FEB 2 1 2006
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. 02-44019 EDJ7 |
| ENLUMINENT, INC., | Chapter 7 |
| Debtor. | NOTICE OF UNCLAIMED <u>DIVIDENDS</u> |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above captioned case hereby turns over to the Court, unclaimed dividends in the amount of $50,836.82. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

Claim #   Name & Address of Claimant         Claim Amount    Dividend Amount

10        Allwin Technology Limited           $537,410.00      $50,836.82
          c/o Sino Media Group (SMG) Ltd.
          Units 08-13, Level 31, Tower 1
          Millennium City 1, 388 Kwun Tong Rd.
          Kwun Tong, Kowloon, Hong Kong

                                   Total Unclaimed Dividends $50,836.82

Dated: 2/15/06                     _____
                                   JOHN T. KENDALL, Trustee